

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2021

No. 04-21-00169-CV

**IN THE INTEREST OF I.I.T., J.J.T., AND R.A.T., III, CHILDREN,**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00154
Honorable Susan D. Reed, Judge Presiding

# O R D E R

Appellee's second motion for extension of time to file Appellee's brief is GRANTED. Appellee's brief is due September 17, 2021. No further extensions will be granted absent extenuating circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court